**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7985

KEVIN NEWMAN,

                              Plaintiff - Appellant,

        versus

GERALD K. WASHINGTON, Warden,

                              Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:05-cv-00311-JLK)

Submitted:  April 26, 2007              Decided:  May 2, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Newman, Appellant Pro Se.  Alice T. Armstrong, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Newman appeals the district court's orders denying his motion to reopen the appeal period pursuant to Fed. R. App. P. 4(a)(6) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Newman v. Washington, No. 7:05-cv-00311-JLK (W.D. Va. Oct. 31 & Nov. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED